

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2019

No. 04-18-00836-CV

Allan W. **MAJESKI,**
Appellant

v.

**FROST BANK,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI00427
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant is an inmate acting pro se in a civil suit. We previously determined that Appellant may proceed without payment of costs. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 14.002(a); TEX. R. APP. P. 20.1(c); TEX. R. CIV. P. 145.

The clerk's record has been filed; the reporter's record is due on February 25, 2019.

On February 19, 2019, Appellant requested a free copy of the appellate record. Appellant's motion is GRANTED. This court will mail Appellant a copy of the clerk's and reporter's records after the reporter's record is filed.

Appellant's brief will be due THIRTY-FIVE DAYS after the appellate record is complete.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2019.

KEITH E. HOTTLE,
Clerk of Court